**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Cameron Hammonds, Appellant.

Appellate Case No. 2009-147486

–––––––––––

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

–––––––––––

Unpublished Opinion No. 2012-UP-440
Heard March 14, 2012 – Filed July 18, 2012

–––––––––––

**AFFIRMED**

–––––––––––

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Donald J. Zelenka, and Assistant Attorney General Alphonso Simon, Jr., all of Columbia; and Solicitor W. Walter Wilkins, of Greenville, for Respondent.

–––––––––––

**PER CURIAM:**  Cameron Hammonds appeals his convictions for murder and possession of a weapon during the commission of a violent crime.  He argues the trial court committed reversible error in declining to give an additional, requested jury charge that the unlawful possession of a weapon does not by itself preclude the use of self-defense.  We affirm pursuant to Rule 220(b), SCACR, and the following authority: *State v. Burkhart*, 350 S.C. 252, 261, 565 S.E.2d 298, 303 (2002) (stating a conviction will not be reversed due to the erroneous refusal to give a requested charge if the error is not prejudicial).

**AFFIRMED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**